# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

SAMUEL LEE HAMILTON, JR.

NO. 2025 KW 1094

**DECEMBER 30, 2025**

---

In Re:   Samuel Lee Hamilton, Jr., applying for supervisory
         writs, 21st Judicial District Court, Parish of
         Tangipahoa, Nos. 1701441, 1701501.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

**WRIT GRANTED.** The district court is ordered to act, if it
has not already done so, on relator's *pro se* request for a copy of
the **Boykin** transcript, filed on July 17, 2025, on or before
February 26, 2026. A copy of the trial court's action shall be
filed in this court on or before March 5, 2026.

**WIL**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT